1  Bryan M. Grundon [#239234]
   Law Office of Bryan M. Grundon
2  16870 West Bernardo Drive, Suite 400
   San Diego, California  92127
3  858.674.6970/858.430.9474 (fax)
   bryan@grundonlaw.com
4

5  Attorney for Plaintiff
   Lyon Financial Services, Inc.
6

FILED
2011 APR 12  AM 10: 50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA COURTHOUSE

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE INC., successor by merger with LYON FINANCIAL SERVICES, INC., dba U.S. BANCORP MANIFEST FUNDING SERVICES, WITH ITS PRINCIPAL OFFICES AT MARSHALL, MINNESOTA,<br><br>Plaintiff,<br><br>vs.<br><br>COMPLETE CARE FAMILY MEDICINE, A MEDICAL CORPORATION, A CALIFORNIA CORPORATION,<br><br>Defendant. | Case Number:<br><br>8:11-mc-00009<br><br>MINNESOTA JUDGMENT |

DATED: April 7, 2011

_____
Bryan M. Grundon
Attorney for Plaintiff

Lyon Financial. v. Complete Care
Case No.:
Minnesota Judgment

# UNITED STATES DISTRICT COURT
## District of Minnesota

Lyon Financial Services, Inc.,
d/b/a U.S. Bancorp Manifest Funding
Services, with its principal offices at
Marshall, Minnesota,

**JUDGMENT IN A CIVIL CASE**

        Plaintiff,

V.

        Case Number: 08-5342 RHK/JJK

Complete Care Family Medicine,
A Medical Corporation, a California
corporation and Marcela Dominguez,
individually,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment shall be entered in favor of Plaintiff against Defendants in the amount of One Hundred Two Thousand Three Hundred Sixty-eight and 44/100 Dollars ($102,368.44) plus interest April 30, 2008, at eight (8%) per annum.

| April 6, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Zuech |
| | (By)     J. Zuech,    Deputy Clerk |

Form Modified: 09/16/04

# UNITED STATES DISTRICT COURT
## District of Minnesota

### EXEMPLIFICATION CERTIFICATE

I, Richard D. Sletten, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Judgement 08-cv-5342 RHK/JJK

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at _____St. Paul_____ on _____March 22, 2011_____.
City                                          Date

Richard D. Sletten
Clerk                                         (By)         Jeff Kult, Deputy Clerk

I, _____Judge Richard H. Kyle_____, a Judicial Officer of this Court, certify that Richard D. Sletten, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in in accordance with the laws of the United States.

_____3/24/11_____
Date                                          Signature of Judicial Officer: Richard H. Kyle

United States District Court Judge
Title

I, Richard D. Sletten, Clerk of this United States District Court, keeper of the records and seal, certify that the Honorable _____Richard H. Kyle_____ named above, is and was on the date noted
Judicial Officer
a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at _____St. Paul_____,
City
in this State, on _____.
Date

Richard D. Sletten
Clerk                                         (By)         Jeff Kult, Deputy Clerk

Modified 10/22/02